991 A.2d 306

William SMITH; Gregory Thomas; Hugh Williams;
Gary Kretchmar, Appellants,

v.

COMMONWEALTH of Pennsylvania; Edward G. Rendell, In his
Official Capacity as Governor of the Commonwealth of Penn-
sylvania; Tom Corbett, Attorney General of the Common-
wealth of Pennsylvania; Pennsylvania Board of Pardons, Ap-
pellees.

Supreme Court of Pennsylvania.

March 24, 2010.

458

*ORDER*

PER CURIAM.

**AND NOW,** this 24th day of March, 2010, the Order of the Commonwealth Court is affirmed.